**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **VANESSA GIAMBRONE** | **:** | **CIVIL ACTION NO.: 31:21-cv-00596** |
| **VERSUS** | **:** | **JUDGE: DOUGHTY** |
| | **:** | |
| **JACKSON PARISH POLICE JURY** | **:** | **MAGISTRATE JUDGE: PEREZ MONTES** |
| | **:** | **JURY DEMAND** |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT COME Plaintiff, VANESSA GIAMBRONE, and Defendant, JACKSON PARISH POLICE JURY, who state the following:

The parties to this lawsuit have reached an agreement, and this matter is now settled.

WHEREFORE, Parties request the entry of the 60-day order dismissing the case.

Respectfully submitted this 18TH  day of May , 2021.

DOWNER, JONES, MARINO & WILHITE          PETTIETTE ARMOND
401 Market Street, Suite 1250                        400 Texas Street. Suite 400
Shreveport, LA 71101                                    Shreveport, LA 71166-1786
Tel: (318) 213-4444                                      Tel: 318-221-1800
Fax: (318) 213-4445                                      Fax: 318-226-0390

Allison A. Jones, Bar No. 16990                     Edwin Byrd, Bar No. 19509


By: ___/s/ Allison A. Jones_____          By: ___/s/ Edwin Burd_____
ATTORNEYS FOR PLAINTIFF                            ATTORNEYS FOR DEFENDANT