# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **VANESSA GIAMBRONE** | **CASE NO. 3:21-CV-00596** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **POLICE JURY OF JACKSON PARISH** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion for Dismissal (styled "Joint Stipulation of Dismissal") [Doc. No. 10] is hereby **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

MONROE, LOUISIANA, this 20th day of July 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE